**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CR-00048-DGK-24 |
| | ) | |
| EDDIE L. NICHOLSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On May 8, 2023, the Honorable Jill A. Morris, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation (ECF No. 517), recommending that Defendant Eddie L. Nicholson, Jr.'s guilty plea be accepted and that Defendant be adjudged guilty of conspiracy to distribute a mixture or substance containing a detectable amount of cocaine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846, which is a lesser-included offense of Count One of the Superseding Indictment. Defendant also agreed to Forfeiture Allegation One of the Superseding Indictment.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). In light of the evidence in the record and the lack of objection, the Court adopts the Report and Recommendation and accepts Defendant's plea of guilty. The Court, thus, finds Defendant guilty of conspiracy to distribute a mixture or substance containing a detectable amount of cocaine and finds that he has agreed to Forfeiture Allegation One of the Superseding Indictment. Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

Date:  June 5, 2023                                   /s/ Greg Kays
                                                      GREG KAYS, JUDGE
                                                      UNITED STATES DISTRICT COURT

2